RECEIVED

MAR 03 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson) DIVISION
☒ Western (Memphis) DIVISION

Patrice Carter
    Plaintiff,
vs.

Memphis Shelby County Schools
    Defendant.

No. _____

## COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

   ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
   ***NOTE:*** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

   ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
   ***NOTE:*** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
   ***NOTE:*** *In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

__383 Hartsway Cove__
STREET ADDRESS

__Shelby__, __Tennessee__, __38017__, __901-299-3477__
County      State         Zip Code    Telephone Number

4. Defendant(s) resides at, or its business is located at:

__160 South Hollywood__
STREET ADDRESS

__Shelby__, __Memphis__, __TN__, __38112__
County    City      State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

__Dr. Tia Celeste Turner__
__160 South Hollywood__
__Memphis, TN 38112__

5. The address at which I sought employment or was employed by the defendant(s) is:

__160 South Hollywood Memphis, TN 38112__

2

STREET ADDRESS

__Shelby__, __Memphis__, __TN__, __38112__.
County         City          State      Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐ Failure to hire

☐ Termination of my employment

☐ Failure to promote

☒ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☒ Retaliation

☐ Other acts *(specify)*: _____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
__May 25, 2023; July 28, 2023; August 03, 2023__
Date(s)

8. I believe that the defendant(s) *(check one)*:

   ☒ is still committing these acts against me.

   ☐ is not still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

[ ] Race _____

[ ] Color _____

[ ] Gender/Sex _____

[ ] Religion _____

[ ] National Origin _____

[X] Disability  Mental disability _____

[ ] Age. If age is checked, answer the following:
I was born in _____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10. The facts of my case are as follows:

May 25, 2023 medical leave was requested as a reasonable accommodation, which extended until August 3, 2023. In relaliation, I was disciplined by Principal Dr. T. Celeste Turner on July 28, 2023, for items that occurred while I was on medical leave.

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 3/08/2024
   Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

   ☐ 60 days or more have elapsed

   ☐ Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Right to Sue Letter.

   ☒ has issued a Right to Sue letter, which I **received** on 12/14/2024
   Date

***NOTE:*** *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

   ☒ Yes

   ☐ No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☐ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☒ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _up to $300,000, as allowed for employers with 500 employees or more_

_Patrice D. Clark_
SIGNATURE OF PLAINTIFF

Date: _3/03/2025_

_383 Hartsway Cove_
Address
_Collierville, TN 38017_
_901-299-3477_
Phone Number

6